## BAILEY V. GARY-KENNEDY COMPANY.

### *Assumpsit.*

(Decided June 30, 1906.  41 So. Rep. 672.)

APPEAL from Marengo Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

J. N. MILLER, CANTERBURY & GILDER, and H. F. REESE, for appellant.

A. D. PITTS, WILLIAM CUNNINGHAME, and PETTUS & JEFFRIES, for appellee.

Affirmed.

Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.

---

## MATTHEWS V. SOUTHERN RAILWAY CO.

### *Personal Injury.*

(Decided June 12, 1906.  41 So. Rep. 662.)

APPEAL from Jackson Circuit Court. ·

Heard before Hon. W. W. HARALSON.

J. A. BILBRO, for appellant.

HUMES & SPEAKE, for appellee. ·

Affirmed.

Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.

---

## COLLINS V. THE STATE.

### *Selling Liquor Without License.*

(Decided June 30, 1906.  41 So. Rep. 672.

APPEAL from Marengo Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

C. K. ABRAHAMS and CHARLES G. BROWN, for appellant.

MASSEY WILSON, Attorney General, for State.

Appeal dismissed.

Opinion by DENSON, J.

WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.